UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

DOUGLAS CORNELL JACKSON,

       Plaintiff,

v.

NATHAN HOFFMAN et al.,

       Defendants.
_____/

Case No. 2:21-cv-175

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order to pay the full filing fee.

Dated:  October 7, 2021              /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge